**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ALBERTO SOLER ,**

    **Petitioner,**

    **v.**                                    **CASE NO.  3:03cv515/RV/EMT**

**DONALD BAUKNECHT, WARDEN,**

    **Respondent.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 26, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the petitioner's objections (doc.s 86, 95).

Having considered the report and recommendation, and all objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

(1) The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

(2) The second amended petition for writ of habeas corpus (doc. 63) is DENIED.

(3) The Clerk is directed to close the file.

DONE and ORDERED this 11th day of October, 2005.

                                          */s/ Roger Vinson*
                                          **ROGER VINSON
Senior United States District Judge**